IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

IN RE:                                  :
                                        :       CASE NO.  18-21221-CMB
CHARLES V. ATTARDI                      :
DONNA D. ATTARDI                        :       CHAPTER 13
            DEBTORS                     :
                                        :


PROOF OF INCOME


Filed on behalf of:
Charles V. Attardi
Donna D. Attardi


Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
6200 Babcock Blvd
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :        CASE NO.  18-21221-CMB
DONNA D. ATTARDI                          :
                                          :        CHAPTER 13
           DEBTOR                         :
                                          :        Filed Pursuant to Rule 1007-4
                                          :

## VERIFICATION REGARDING PROOF OF INCOME

I, Donna D. Attardi , hereby state as follows:

1.      I am unemployed.

2.      I have not been employed in the last 6 months.

3.      I collect $373.00 a month in Social Security.

4.      I have submitted to the Trustee documentary proof of income from all
        sources I have in my possession.

        I declare under penalty of perjury that I have read the foregoing Statement,
        and it is true and correct to the best of my knowledge, information and
        belief.


Date:   April 12, 2018              /s/ Donna D. Attardi
                                    Debtor

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 3
LONDON, KY 40742-8300

# United States Department of Labor
## Division of Federal Employees' Compensation

# BENEFIT STATEMENT

CHARLES V ATTARDI
301 BOYLES AVENUE
NEW CASTLE        PA 16101

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 3
LONDON, KY 40742-8300

| | | | | |
|---|---|---|---|---|
| Case Number: | | | Gross Compensation: | 3,863.00 |
| Social Security Number: | | | Less Deductions: | 585.14 |
| Date of Injury: | | 98/06/09 | Intermittent Hours Lost: | .00 |
| Pay Type: | | 1 | Overpayments: | .00 |
| Check Date: | | 17/03/31 | Other Payees: | .00 |
| Period Paid: | 17/03/05 | To: 17/04/01 | Net Check Amount: | 3,277.86 |
| Pay Rate: | | 875.26 | Agency Health Insurance Cost: | 1,010.44 |
| Comp Rate: | | .7500 | Health Insurance Code: | 105 |
| Life Insurance | | 76.68 | From:      17/03/05   To:      17/04/01 | |

# NOTICE TO RECIPIENTS

METHOD OF PAYMENT  If you are receiving payment by electronic fund transfer (EFT), the payment shown above has already been made to your financial institution.  Otherwise, the check is enclosed.

ADDRESS CHANGE  If you move or otherwise change your mailing address or your check mailing address (such as a bank or credit union), advise OWCP right away in writing of the new address.

CORRESPONDENCE  Include your OWCP file number on all letters you send to OWCP.

DEPENDENTS  For recipients of payments for disability or schedule award (pay type 1 or 9, as shown above):  If you have one or more dependents, you are entitled to compensation at the augmented rate of 75%, rather than 66 2/3 percent, of your pay rate. (Questions as to who qualifies as a dependent should be directed to the OWCP District Office handling your claim.) Events such as birth, death, marriage, divorce, separation,  or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

EMPLOYMENT  For recipients of payments for disability (pay type 1 , as shown above): To avoid an overpayment of compensation,  advise  OWCP  right away when you return to full-time or part-time  work with either a government or private employer (including self-employment.)  Return to OWCP any compensation checks received after you go back to work. State the full  name  and  address  of  your employer; the date employment began; the rate of pay and number of hours worked per week; and a description of the employment.

SURVIVORS  For recipients of payments for death benefits (pay type 7, as shown above):  If it has not already done so, OWCP  will advise you in detail of each survivor for whom death benefits are payable,  and the percentage of salary  payable for each. (Questions as to who  qualifies as a survivor should be directed to the OWCP District Office handling your claim.) Events  such  as  birth  of  a posthumous child, death, remarriage,  or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.



11478060705098