Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Charles V. Attardi**
**Donna D. Attardi**
Debtor(s)

Bankruptcy Case No.: 18–21221–CMB

Chapter: 13
Docket No.: 29 – 28
Concil. Conf.: February 20, 2020 at 09:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 14, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 20, 2020** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 15, 2019

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-21221-CMB
Charles V. Attardi                                                  Chapter 13
Donna D. Attardi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw            Page 1 of 1            Date Rcvd: Nov 15, 2019
                              Form ID: 410          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db/jdb         +Charles V. Attardi,   Donna D. Attardi,   301 Boyles Ave,   New Castle, PA 16101-2518
14801605       +Collection Service Center,   839 5th Ave,   PO Box 560,   New Kensington, PA 15068-0560
14801607       +Fidelity Properties,   220 E. Main Street,   Alliance, OH 44601-2423
14801608       +First Federal Credit Control,   24700 Chagrin Blvd, Ste 205,   Cleveland, OH 44122-5662
14859212       +SHARON CLINIC COMPANY LLC C/O PASI,   PO BOX 188,   BRENTWOOD, TN 37024-0188
14849363        UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14801604       +E-mail/Text: bankruptcy@acbhq.com Nov 16 2019 03:25:07      American CB,
                 2755 S. Federal Highway,   Boynton Beach, FL 33435-7765
14860499        E-mail/Text: jennifer.chacon@spservicing.com Nov 16 2019 03:26:37
                 Deutsche Bank National Trust Company,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14801606       +E-mail/Text: bknotice@ercbpo.com Nov 16 2019 03:25:48      Enhanced Recovery Company,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
14801609       +E-mail/Text: AmandaM@GNCFCU.COM Nov 16 2019 03:26:36      GNC Community FCU,
                 201 S. Jefferson Street,   New Castle, PA 16101-3823
14857347        E-mail/Text: appebnmailbox@sprint.com Nov 16 2019 03:25:35      Sprint Corp,
                 Attention Bankruptcy,   PO Box 7949,   Overland Park, KS,66207-0949
14801610       +E-mail/Text: jennifer.chacon@spservicing.com Nov 16 2019 03:26:37
                 Select Portfolio Servicing Inc.,   Attn: Bankruptcy Dept,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
14853403        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 03:33:08      Verizon,
                 by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Indenture
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
           Trustee, for the benefit of the holders of the Aames Mortgage Investment Trust 2005-4 Mortgage
           Backed Notes bkgroup@kmllawgroup.com
          Michael C. Eisen    on behalf of Debtor Charles V. Attardi attorneyeisen@yahoo.com,
           aarin96@hotmail.com
          Michael C. Eisen    on behalf of Joint Debtor Donna D. Attardi attorneyeisen@yahoo.com,
           aarin96@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5