# PROCEEDING MEMO

**Date: 07/15/2020 10:00 am**

**In re:   Charles V. Attardi
Donna D. Attardi**

**Bankruptcy No. 18-21221-CMB
Chapter: 13
Doc. # 35**

**Telephonic Appearances: James Warmbrodt, Esq.
Michael C. Eisen, Esq.
Owen Katz, Esq.**

**Nature of Proceeding: #35 Motion for Relief from Stay
Re: 301 Boyles Avenue, New Castle, PA 16101**

**Additional Pleadings:  #36 Notice of Hearing
#38 Response
#40 Motion to Reschedule Hearing
#41 Order rescheduling hearing to 7/15/2020**

**Judge's Notes:**
 - Warmbrodt: brought current and so have authority to withdraw.

 OUTCOME: Motion withdrawn.

FILED
7/15/20 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm
Chief U.S. Bankruptcy Judge**