**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>   CHARLES V. ATTARDI<br>   DONNA D. ATTARDI<br>         Debtor(s)<br><br>   Ronda J. Winnecour<br>         Movant<br>     vs.<br>   No Respondents. | Case No.:18-21221<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/29/2018 and confirmed on 05/18/2018 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 58,051.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,046.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 2,919.83 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,419.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NTC - INDENTURE TRU | 0.00 | 35,157.26 | 0.00 | 35,157.26 |
|     Acct: 6869 | | | | |
|   DEUTSCHE BANK NTC - INDENTURE TRU | 29,225.70 | 16,468.91 | 0.00 | 16,468.91 |
|     Acct: 6869 | | | | |
| | | | | 51,626.17 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES V. ATTARDI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES V. ATTARDI | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN CB | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4147 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6H3L | | | | |
| | SPRINT CORP(*) | 1,529.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 2660 | | | | |
| | FIDELITY NATL COLLECTION, DIV++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3632 | | | | |
| | FIDELITY NATL COLLECTION, DIV++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8135 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4865 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2419 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3779 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7332 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4140 | | | | |
| | GNC COMMUNITY F C U | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0022 | | | | |
| | UPMC PHYSICIAN SERVICES | 236.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 8907 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 83.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 9919 | | | | |
| | SHARON CLINIC COMPANY LLC | 263.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 8907 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | | 51,626.17 |

TOTAL CLAIMED
PRIORITY         0.00
SECURED     29,225.70
UNSECURED    2.112.71

Date: 08/29/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com